CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

BRYAN MASHIAN (SBN: 115965)
BRYAN@MASHIANLAW.COM
MASHIAN LAW GROUP, APC
A Professional Corporation
11777 San Vicente Boulevard, Suite 640
Los Angeles, CA 90049
Telephone: (310) 207-1464
Facsimile: (310) 207-1466
Attorneys for Defendants
Green Water Gas, Inc. and 3775 Vermont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　Plaintiff,<br><br>　v.<br><br>GREEN WATER GAS, INC., a Wyoming Corporation; 3775 VERMONT, a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case: 2:19-CV-07243-JFW-MAA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 01, 2020          CENTER FOR DISABILITY ACCESS

                                                  By: /s/ Amanda Lockhart Seabock
                                                       Amanda Lockhart Seabock
                                                       Attorneys for Plaintiff

Dated: April 01, 2020          MASHIAN LAW GROUP, APC

                                                  By: /s/ Bryan Mashian
                                                     Bryan Mashian
                                                     Attorneys for Defendants
                                                     Green Water Gas, Inc. and 3775
                                                     Vermont

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Bryan Mashian, counsel for Green Water Gas, Inc. and 3775 Vermont, and that I have obtained Mr. Mashian's authorization to affix his electronic signature to this document.

Dated: April 01, 2020             CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff